Hon. Ronald B. Leighton
Trial Date: January 11, 2010

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HILARIO VARGAS, and MARIA VARGAS, each individually and the marital community composed thereof,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No. C07 5082 RBL<br><br>**ORDER DENYING PLAINTIFFS' MOTIONS IN LIMINE**<br><br>[~~PROPOSED~~] |

**THIS MATTER** having come before this Court on Plaintiffs Motions in Limine, the Court considered all the papers filed in this matter and, more particularly, having considered:

1. Plaintiffs' Motions in Limine;
2. Defendant Allstate Insurance Company's Response to Plaintiffs Motions in Limine;
3. Declaration of Morgan E. Smith with attached Exhibits;
4. Plaintiffs' reply if any;
5. ~~_____~~
6. ~~_____~~

**ORDER DENYING PLAINTIFFS' MOTIONS IN LIMINE- 1**
F:\FILES\Vargas, Hilario & Maria 07033\Fed Ct Pleadings\Response.Limine.mtns.Order.wpd

COLE, LETHER, WATHEN & LEID, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494

7. All pleadings and materials already on file herein.

The Court having considered the foregoing, and having heard the arguments of counsel, now, hereby, Orders as follows:

1. **This Court should Exclude any Expert Testimony Presented by the Defendant because Defendant provided no Expert Report and such Testimony is Irrelevant;**

    __ GRANTED    X DENIED    __ RESERVED

2. **This Court should Exclude any Auction House receipts or Materials that were obtained by the Defendant because such Materials are Irrelevant to Proving Value;**

    __ GRANTED    X DENIED    __ RESERVED

3. **This Court should exclude any materials obtained by Defendant via Subpoena Because Defendant failed to disclose any such materials to Plaintiff in Supplementation to Defendant's Discovery Responses;**

    __ GRANTED    X DENIED    __ RESERVED

4. **This Court should Exclude any evidence presented by Allstate in Support of any Defense of Fraud as that Defense was not Properly Pled as an Affirmative Defense;**

    __ GRANTED    X DENIED    __ RESERVED

5. **This Court should Exclude as Irrelevant and Moot All Letter from Defense Counsel Request Examination Under Oath.**

    __ GRANTED    X DENIED    __ RESERVED

DATED this 8th day of January, 2010.

_[signature]_
HONORABLE Ronald B. Leighton

//

//

//

**ORDER DENYING PLAINTIFFS' MOTIONS IN LIMINE- 2**
F:\FILES\Vargas, Hilario & Maria 07033\Fed Ct Pleadings\Response.Limine.mins.Order.wpd

COLE, LETHER, WATHEN & LEID, P.C.
1000 SECOND AVENUE, SUITE 1300
SEATTLE, WA 98104-1082
(206) 622-0494

1  Presented by:
   COLE, LETHER, WATHEN, LEID & HALL, P.C.
2

3  _____
   Rick J Wathen, WSBA #25539
4  Morgan E. Smith, WSBA #37954
   Attorneys for Defendant Allstate
5

6  Approved for entry:

7
   FREEMAN LAW FIRM, INC.
8

9  _____
   Spencer Freeman, WSBA #25069
10 Attorney for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**ORDER DENYING PLAINTIFFS' MOTIONS IN LIMINE- 3**
F:\FILES\Vargas, Hilario & Maria 07033\Fed Ct Pleadings\Response.Limine.mtns.Order.wpd